BALLARD ROSENBERG GOLPER & SAVITT LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CA 91436

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES DEIRDRE MORRISSEY-BERRU, an individual<br><br>Plaintiff,<br><br>vs.<br><br>OUR LADY OF GUADALUPE SCHOOL, a California non-profit corporationl and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. 2:16-CV-09353-SVW-AFM<br><br>[*Assigned to Hon* Stephen V. Wilson]<br><br>[PROPOSED] **JUDGMENT PURSUANT TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 18, 2017<br>Time: 1:30 p.m.<br>Ctrm: 10A<br><br>Action Filed: December 19, 2016 |

///
///
///

486254.1

1

After full consideration of the evidence, and the written submissions by the parties as to the motion by Defendant OUR LADY OF GUADALUPE SCHOOL for summary judgment, the Court finds that there are no triable issues of material fact, and that Defendant is entitled to judgment as a matter of law on the grounds set forth in the Court's ruling (a copy of which is attached as Exhibit A).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff shall take nothing on her Complaint;

2. Defendant OUR LADY OF GUADALUPE SCHOOL's Motion for Summary Judgment is GRANTED in its entirety;

3. Defendant shall recover its costs from Plaintiff in the amount of $_____; and

4. There being no just cause for delay, the Clerk is ordered to enter this judgment forthwith.

IT IS SO ORDERED.

DATED: December 6, 2017

*/s/ Stephen V. Wilson*
HON. Stephen V. Wilson
United States District Judge