**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AGNES DEIRDRE MORRISSEY-BERRU, an individual,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>OUR LADY OF GUADALUPE SCHOOL, a California non-profit corporation,<br><br>        Defendant-Appellee. | No.   17-56624<br><br>D.C. No.<br>2:16-cv-09353-SVW-AFM<br><br>ORDER |

On Remand from the United States Supreme Court

Before: RAWLINSON and MURGUIA, Circuit Judges, and GILSTRAP,[*] District Judge.

In accordance with the United States Supreme Court's opinion in *Our Lady of Guadalupe School v. Morrissey-Berru*, 140 S. Ct. 2049 (2020), the judgment of the district court is affirmed.

**AFFIRMED.**

---

[*] The Honorable James Rodney Gilstrap, Chief Judge of the United States District Court for the Eastern District of Texas, sitting by designation.