UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AGNES DEIRDRE MORRISSEY-BERRU, an individual,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>OUR LADY OF GUADALUPE SCHOOL, a California non-profit corporation,<br><br>　　　　Defendant - Appellee. | No. 17-56624<br><br>D.C. No. 2:16-cv-09353-SVW-AFM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

ON REMAND FROM
THE UNITED STATES SUPREME COURT

The judgment of this Court, entered August 21, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By: Rhonda Roberts
　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　Ninth Circuit Rule 27-7